UNITED STATES DISTRICT COURT

for the WESTERN DISTRICT of WASHINGTON

| | | |
|---|---|---|
| ABDI BARRE SAMANTAR f/k/a Ahmed Ismail Ahmed, | ) ) ) | |
| Plaintiff, | ) ) | C06-1203 JPD |
| vs. | ) ) | |
| ALBERTO R. GONZALES, Attorney General of the United States, et al., | ) ) ) | MINUTE ORDER RESETTING DEADLINES |
| Defendant. | | |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The Unopposed Request to Extend Rule 26 Deadlines (dkt # 5) is GRANTED.

The parties will adhere to the following schedule:

FRCP 26f Conference deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . October 26, 2006

Initial Disclosure deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 2, 2006

Joint Status Report due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 9, 2006

The date by which the Clerk is to be informed whether the individual parties are consenting to have this matter heard by the Honorable James P. Donohue, United States Magistrate Judge, is extended to November 9, 2006.  (See Notice of Initial Assignment to a U.S. Magistrate Judge & Consent Form (dkt # 2).  The parties may indicate in the Joint Status Report their desire to consent to Judge Donohue, or have the case reassigned to a district judge; should the parties decide earlier than November 9, 2006, to consent or decline, deputy clerk Peter H. Voelker may be notified at (206) 370-8422, or by fax at (206) 370-8425.  An individual party's

1 decision on consent is not to be filed electronically or forwarded in any form to the chambers of
2 Judge Donohue.

Dated this 26th of September, 2006

Bruce Rifkin, Clerk of Court

/s/ PETER H. VOELKER
Peter H. Voelker, Deputy Clerk